***NOT FOR PRINTED PUBLICATION***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WEBER AIRCRAFT, L.L.C., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:12cv666 |
| | § | Judge Clark |
| VIKRAM KRISHNAMURTHY, | § | |
| MOUMITA ROY, RYAN VAUGHN, | § | |
| and ANTONIO VENTORINI | § | |
| | § | |
| *Defendants.* | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 11, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Krishnamurthy, Roy, and Ventorini's Motion to Tax Costs [Doc. #100] be granted and that Defendants Krishnamurthy, Roy, and Ventorini be awarded costs in the amount of $3,414.20. The court further recommended that Defendant Vaughn's Motion to Tax Costs [Doc. #102] be granted and that Defendant Vaughn be awarded costs in the amount of $8,620.88. The court further recommended that Defendants' Joint Motion for Attorneys' Fees [Doc. #104] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and

conclusions of the court.

It is, therefore, **ORDERED** that Defendants Krishnamurthy, Roy, and Ventorini's Motion to Tax Costs [Doc. #100] is GRANTED, and Defendants Krishnamurthy, Roy, and Ventorini are awarded costs in the amount of $3,414.20.

It is further **ORDERED** that Defendant Vaughn's Motion to Tax Costs [Doc. #102] is GRANTED, and Defendant Vaughn is awarded costs in the amount of $8,620.88.

It is further **ORDERED** that Defendants' Joint Motion for Attorneys' Fees [Doc. #104] is DENIED.

So **ORDERED** and **SIGNED** this **16** day of **March, 2015.**

_____
Ron Clark, United States District Judge

Plaintiffs are also awarded costs in the amount of $1,303.06.